# IN THE SUPREME COURT OF THE STATE OF NEVADA

TIMOTHY SAVALA, II,
      Appellant,

vs.

AMY BURNS,
      Respondent.

No. 71700

**FILED**

FEB 01 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Denise L. Gentile, District Judge, Family Court Division
    Lansford Levitt, Settlement Judge
    The Grimes Law Office
    Fine Carman Price
    Eighth District Court Clerk